In the Matter of HARPER's AUTO SERVICE, INC., et al., Petitioners, v NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES, Respondent. [869 NYS2d 847]

Present—Scudder, P.J., Martoche, Smith and Gorski, JJ.